# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2024 WY 122

*October Term, A.D. 2024*

**November 21, 2024**

GABRIEL MENUEY,

**Appellant
(Defendant),**

**v.**                                                                          S-24-0131

**THE STATE OF WYOMING,**

**Appellee
(Plaintiff).**

## ORDER AFFIRMING THE DISTRICT COURT'S SENTENCE AND PROBATION ORDER AND RESTITUTION ORDER

[¶1]   **This matter** came before the Court upon a Motion to Withdraw as Counsel, e-filed herein September 24, 2024, by court-appointed counsel, pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  This Court entered an Order Granting Motion for Extension of Time to File *Pro Se* Brief, and ordered that Appellant was permitted to file with this Court a *pro se* brief specifying the issues he would like the Court to consider in this appeal.  This Court also provided notice that, after the time for filing a pro se brief expired, this Court would make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision on this appeal.  Appellant timely filed his *pro se* brief November 12, 2024.

[¶2]   Now, following a careful review of Appellant's *pro se* brief, the *Anders* brief submitted by appellate counsel, and the record, this Court finds that appellate counsel's motion to withdraw should be granted and the district court's Sentence and Probation Order, and Restitution Order, should be affirmed.  It is, therefore,

[¶4]   **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant Gabriel Menuey, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶5]    **ORDERED** that the Park County District Court's March 1, 2024, Sentence and Probation Order, and its March 7, 2024, Restitution Order, be, and the same hereby are, affirmed.

[¶6]    **DATED** this 21st day of November, 2024.

                                  **BY THE COURT:**

                                  /s/

                                  **KATE M. FOX**
                                  **Chief Justice**